IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 5:18-CV-00335-FL

Timothy Wayne Jowers,

    Plaintiff,

v.

Lennox International, Inc.

    Defendant.

**ORDER**

This matter comes before the Court on Plaintiff, Timothy Wayne Jowers and Defendant, Lennox International, Inc.'s Joint Motion to Dismiss Plaintiff's Claims. Upon consideration of the Joint Motion to Dismiss,

It is hereby ORDERED, ADJUDGED and DECREED that the Joint Motion to Dismiss is GRANTED. Plaintiff's claims against Lennox International, Inc. in the above-captioned matter are hereby DISMISSED without prejudice.

This 9th day of November, 2018.

_____
United States District Court Judge

1